UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARDIT TECHNOLOGIES, LLC and
MICHAEL SCRIPT,

                Plaintiffs,

v.

EMPIRE IP LLC, DANIEL MITRY, and
TIMOTHY SALMON,

                Defendants.

**ORDER**

20 Civ. 943 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The following schedule will apply to Defendants' motion to dismiss:

1. Defendants' motion is due on **June 17, 2021**;

2. Plaintiffs' opposition is due on **July 8, 2021**; and

3. Defendants' reply, if any, is due on **July 15, 2021**.

Dated: New York, New York
       May 26, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge