UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARDIT TECHNOLOGIES, LLC and
MICHAEL SCRIPT,

                    Plaintiffs,

- against -

EMPIRE IP LLC, DANIEL MITRY, and
TIMOTHY SALMON,

                    Defendants.

**ORDER**

20 Civ. 943 (PGG) (SDA)

PAUL G. GARDEPHE, U.S.D.J.:

       The next conference in this action will take place on **Thursday, February 29, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

       The parties shall submit a joint letter and proposed case management plan by **February 22, 2024.** Please refer to the Model Case Management Plan available on the Court's website. The parties' joint letter should be filed on ECF in accordance with the Court's Individual Rules of Practice I(A), with the proposed case management plan filed as an attachment.

Dated: New York, New York
          February 16, 2024

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge