UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARDIT TECHNOLOGIES, LLC,

                Plaintiff,

    - against -

EMPIRE IP LLC,

                Defendant.

**ORDER**

20 Civ. 943 (PGG) (SDA)

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for **Thursday, February 29, 2024, at 10:00 a.m.** is adjourned sine die.

Dated: New York, New York
        February 26, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge