UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARDIT TECHNOLOGIES, LLC,

                Plaintiff,

- against -

EMPIRE IP LLC,

                Defendant.

**ORDER**

20 Civ. 943 (PGG) (SDA)

PAUL G. GARDEPHE, U.S.D.J.:

        Any response by Plaintiff Guardit to Defendant Empire's motion for reconsideration (Dkt. No. 49) should be filed by March 13, 2024.

Dated: New York, New York
         March 6, 2024

SO ORDERED.

_[signature]_

Paul G. Gardephe
United States District Judge