USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __04/02/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUARDIT TECHNOLOGIES, LLC, et al.,

                Plaintiff,

-against-

EMPIRE IP LLC, et al.,

                Defendants.

20-CV-00943 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    As discussed during the Initial Pretrial Conference on April 1, 2024, the parties shall file a joint letter on ECF, no later than **May 13, 2024**, indicating whether Defendants consent to the filing of Plaintiffs' proposed second amended complaint. Discovery shall proceed in the interim.

Dated:  April 2, 2024
          New York, New York

                                    SO ORDERED.

                                    MARGARET M. GARNETT
                                    United States District Judge