

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024

1345 Ave[nue]

October 22, 2024

**VIA ELECTRONIC FILING**
Hon. Stewart D. Aaron
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

Application GRANTED. The settlement conference scheduled for November 12, 2024 is adjourned *sine die*. No later than December 1, 2024, the parties shall email to Chambers four new dates when they are available for a settlement conference. SO ORDERED.
Dated: October 23, 2024

Re:   *Guardit Technologies, LLC et al. v. Empire IP LLC et al.*
      **Case No.: 1:20-cv-00943-MMG-SDA**

Dear Magistrate Aaron:

We represent Plaintiff Guardit Technologies, LLC ("Guardit"), in the above-referenced matter. We write jointly with defendant to respectfully request that the court reschedule the remote settlement conference currently scheduled for November 12, 2024 at 2:00 p.m. This is the parties' first such request.

The reason for this request is because plaintiff's principal officer, Michael Script, has recently suffered acute complications to an underlying medical condition and his physician has advised that he take additional time off in order to facilitate a full recovery. Mr. Script's deposition, noticed for October 15, 2024, consequently has had to be postponed until he is well and, because the parties agreed that Mr. Script would be deposed first, the depositions of defendant's representatives have also had to be postponed.

The parties believe that the settlement conference will be most productive if party depositions are completed in advance and the original schedule for depositions contemplated this plan. Given that no depositions will likely take place prior to the November 12, 2024 date of the settlement conference, we respectfully request that the Court reschedule the settlement conference until this additional discovery is able to be conducted.

Respectfully submitted,

/s/ *Marc D. Walkow*
Marc D. Walkow
GREENSPOON MARDER LLP
1345 Avenue of the Americas, Suite 2200
New York, NY 10105
Phone: 212-524-4967
Fax: 212-524-5050
Email: marc.walkow@gmlaw.com

/s/ *Matthew F. Didora*
Matthew F. Didora
LAW OFFICE OF MATTHEW
     F. DIDORA, P.C.
377 Oak Street, Suite 203
Garden City, NY 11530
Phone: 516-414-0333
Email: mdidora@didoralaw.com

Atlanta  Boca Raton  Chicago  Denver  Edison  Ft. Lauderdale  Las Vegas  Los Angeles  Miami
Naples  New York  Orlando  Portland  Scottsdale  Tallahassee  Tampa  West Palm Beach

Hon. Stewart A. Aaron
*Guardit Technologies, LLC et al. v. Empire IP LLC et al.*
October 22, 2024
Page 2 of 2

| | |
|---|---|
| Robert J. Rando | *Attorney for Defendant Empire IP, LLC* |
| GREENSPOON MARDER LLP | |
| 1345 Avenue of the Americas, Suite 2200 | |
| New York, NY 10105 | |
| Phone: 212-524-5006 | |
| Fax: 212-524-5050 | |
| robert.rando@gmlaw.com | |

*Attorneys for Plaintiff Guardit Technologies, LLC*