

Marc D. Walkow
1345 Avenue of the Americas, Suite 2200
New York, NY 10105
Phone: 212-524-4967
Fax:    212-524-5050
Email: marc.walkow@gmlaw.com

January 13, 2025

**VIA ELECTRONIC FILING**
Hon. Stewart D. Aaron
Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

> Application GRANTED. The settlement conference scheduled for January 22, 2025 is adjourned *sine die*. The parties shall file an update regarding scheduling of a settlement conference no later than February 13, 2025. SO ORDERED.
>
> Dated: January 14, 2025

Re:   *Guardit Technologies, LLC et al. v. Empire IP LLC et al.*
      Case No.: 1:20-cv-00943-MMG-SDA

Dear Magistrate Judge Aaron:

We represent Plaintiff Guardit Technologies, LLC ("Guardit"), in the above-referenced matter. We write to inform the Court of an issue that has arisen today requiring Plaintiff to respectfully request postponement of the settlement conference and all related deadlines.

Pursuant to Your Honor's December 2, 2024 Order Scheduling Settlement Conference (Doc. 87), a remote settlement conference is currently set for Wednesday, January 22, 2025, at 10:00 a.m. No less than seven (7) days prior to that date, or January 15, 2025, pursuant to Section 4 of Your Honor's Settlement Conference Procedures, the parties are required to submit a pre-conference settlement letter, as well as a completed attendance acknowledgement form.

The reason for this request is because Plaintiff's chief counsel, Robert J. Rando, has recently encountered certain medical issues that require immediate attention and that might necessitate his taking medical leave from the firm. Until Mr. Rando can consult with his physician regarding these issues, it is difficult to estimate the time period Mr. Rando will need to address them.

Therefore, Plaintiff respectfully requests that the January 22, 2025 settlement conference and the January 15, 2025 deadline to submit a pre-conference letter be adjourned until such time as Mr. Rando can assess his condition and provide a clearer update as to his availability.

Plaintiff's counsel has conferred via email with Matthew Didora, counsel to Defendant Empire IP LLC, regarding the current circumstances, and he has confirmed that Defendant does not oppose plaintiff's request.

Hon. Stewart A. Aaron
*Guardit Technologies, LLC et al. v. Empire IP LLC et al.*
January 13, 2025
Page 2 of 2

                                      Respectfully submitted,

                                      /s/ *Marc D. Walkow*
                                      Marc D. Walkow
                                      GREENSPOON MARDER LLP
                                      1345 Avenue of the Americas, Suite 2200
                                      New York, NY 10105
                                      Phone: 212-524-4967
                                      Fax: 212-524-5050
                                      Email: marc.walkow@gmlaw.com

                                      Robert J. Rando
                                      GREENSPOON MARDER LLP
                                      1345 Avenue of the Americas, Suite 2200
                                      New York, NY 10105
                                      Phone: 212-524-5006
                                      Fax: 212-524-5050
                                      robert.rando@gmlaw.com

                                      *Attorneys for Plaintiff Guardit Technologies, LLC*