```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUARDIT TECHNOLOGIES, LLC, et al.,

                Plaintiffs,

-against-

EMPIRE IP, LLC, et al.,

                Defendants.

20-CV-00943 (MMG)

**ORDER**

---

MARGARET M. GARNETT, United States District Judge:

    As discussed and for the reasons stated on the record at the February 21, 2025 conference, it is hereby ORDERED that Plaintiffs shall produce, no later than **February 28, 2025**, the following documents:

- Documents within their possession, custody, or control sufficient to confirm the domiciles and citizenship of the members of Guardit Technologies, LLC as of the date of the commencement of this action, including 2020 K-1s sent to the members;

- Documents within their possession, custody, or control sufficient to confirm the following as of the date of the commencement of this action:

    - The disposition of Henry Script's membership interest as of the date of the commencement of this action, including the citizenship of the legal or beneficial owner of that interest;
    - The citizenship of the Jerry Miller Trust and Rosenthal Trust; and
    - The citizenship of Naveed Qamar.

    It is further ORDERED that counsel for Plaintiffs shall confirm, in writing to Defendants' counsel, whether they can accept service of any process in this action, including potential discovery requests, on behalf of the other Guardit members, no later than **February 28, 2025**. To the extent that Plaintiffs' counsel is unable to accept service for any given Guardit member, Plaintiffs shall produce documents within their possession, custody, or control containing the best available mailing address for that member.

    It is further ORDERED that the parties shall jointly file a letter, no later than **March 7, 2025**, updating the Court as to the status of the foregoing. In addition, should Defendants believe they are entitled to additional, limited discovery arising from their review of the foregoing discovery materials, the parties shall meet and confer, and, in the March 7 letter, Defendants shall briefly describe (1) the additional discovery they believe they are entitled to;

(2) the relevance of such discovery; and (3) a proposed discovery schedule. If Plaintiffs do not consent to any of these items, their objection and the basis for it should be noted in the letter.

Dated: February 21, 2025
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge