USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 3, 2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X
                               :

GUARDIT TECHNOLOGIES, LLC, *et al.*     :     CIVIL ACTION NO:
                Plaintiffs,     :     20-cv-00943-MMG
                               :

v.                                       :     ~~PROPOSED~~ **ORDER FOR**
                               :     **WITHDRAWAL OF ATTORNEY**

EMPIRE IP LLC, *et al.*,            :
                   Defendants.     :
                               :

-------------------------------------------------------- X

Pursuant to Local Civil Rule 1.4 of the United States Courts for the Southern and Eastern Districts of New York, for the reasons stated in the attached Declaration, and subject to the approval of the Court, I, Marc D. Walkow, formerly of Greenspoon Marder LLP, hereby withdraw as attorney of record for Plaintiff Guardit Technologies, LLC. Robert J. Rando of Patrick Doerr PLLC remains as counsel for Guardit Technologies, LLC in this case.

Dated: April 2, 2026
       New York, New York

                                           */s/ Marc D. Walkow*
                                           Marc D. Walkow, Esq.
                                           Telephone: (917) 716-5888
                                           Email: marcwalkow@hotmail.com

**SO ORDERED:**

Dated: April 3, 2026

                                           _____
                                           The Hon. Margaret M. Garnett, U.S.D.J.